778 A.2d 443

IN THE MATTER OF HARRIS J. RAKOV, AN ATTORNEY AT LAW.

July 27, 2001.

# ORDER

This matter having been duly presented to the Court, it is ORDERED that **HARRIS J. RAKOV** of **MAHWAH,** who was admitted to the bar of this State in 1969, and who was suspended from the practice of law for a period of two years effective April 19, 1996, by Order of this Court dated September 10, 1998, be restored to the practice of law, effective immediately.